UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN PETTY, *et al.*, </br></br>      Plaintiff, </br>v. </br></br>PHIL MENDELSON, *et al.*, </br></br>      Defendants. | Case No. 1:25-cv-00296-AHA </br> Judge Amir H. Ali |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6(a), the Clerk shall please note the appearance of the undersigned, Daniel P. Golden, Deputy General Counsel, as counsel for Defendants Council Chairman Phil Mendelson and Councilmembers Charles Allen, Anita Bonds, Wendell Felder, Matthew Frumin, Christina Henderson, Janeese Lewis George, Kenyan R. McDuffie, Brianne K. Nadeau, Zachary Parker, Brooke Pinto, and Robert C. White, Jr.

February 3, 2025         Respectfully submitted,

/s/ Daniel P. Golden
DANIEL P. GOLDEN (#489689)
Deputy General Counsel
Council of the District of Columbia
1350 Pennsylvania Avenue N.W., Suite 4
Washington, D.C. 20004
(202) 724-8026
(202) 724-8129 fax
dgolden@dccouncil.gov