UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN PETTY, *et al.*, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. 1:25-cv-00296-AHA |
| | ) Judge Amir H. Ali |
| PHIL MENDELSON, *et al.*, | )<br>) |
| Defendants. | )<br>) |

**ORDER**

Upon consideration of Plaintiff's Request for Temporary and Permanent Injunction and the Opposition thereto filed by Defendants, and the entire record in this case, it is hereby:

ORDERED, that, Plaintiff's Request for Temporary and Permanent Injunction is DENIED.

SO ORDERED.

DATE: _____     _____
AMIR H. ALI
United States District Judge